

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we withdraw the judgment and the majority and dissenting opinions of August 31, 2016, and we substitute this opinion and judgment in their stead.

This appeal is DISMISSED. Costs of this appeal are taxed against the party that incurred them.

SIGNED November 16, 2016.

_____
Patricia O. Alvarez, Justice